# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

FILED

JUL 2 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

HARRELL L. JOHNSON, SR., )
)
               Plaintiff, )
)
v. ) No. CIV 07-294-RAW-SPS
)
JOHNNY CANNON and )
BOB COLBERT, )
)
               Defendants. )

## OPINION AND ORDER

Defendant Johnny Cannon has notified the court that he no longer is the Sheriff of Wagoner County, Oklahoma, and he has moved for substitution of parties [Docket #40]. Cannon asserts plaintiff's complaint does not clearly state whether the claims are against him in his individual capacity, his official capacity, or both, but he asks to substitute current Wagoner County Sheriff Bob Colbert as the defendant for any official capacity claims.

Because plaintiff is proceeding pro se, his complaint will be liberally construed to allege claims against the Wagoner County Sheriff in both capacities. *Cf. Houston v. Reich*, 932 F.2d 883, 885 (10th Cir. 1991). Furthermore, Defendant Cannon's unopposed motion to substitute should be granted, and Wagoner County Sheriff Bob Colbert is hereby substituted for Defendant Johnny Cannon in his official capacity. Defendant Johnny Cannon shall remain as a defendant in his individual capacity.

**ACCORDINGLY,** Defendant Johnny Cannon's motion to substitute party [Docket #40] is GRANTED, pursuant to Fed. R. Civ. P. 25(d).

**IT IS SO ORDERED** this 2nd day of July 2009.

/s/ Ronald A. White
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE